# UNITED STATES DISTRICT COURT
### for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br><br>DEFENDANT<br><br><br>COURTNEY ASHENA SWEPSON<br><hr>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>1:26 MJ 135 |

**FILED**
in the Middle District of
North Carolina

May 4, 2026
10:11 am

Clerk, US District Court
By: _____ dmk _____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ MAY 31, 2024 _____ in the county of _____ GUILFORD _____ in the _____ Middle _____ District of _____ North Carolina _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1014 | False Statement to Financial Institution |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent/Task Force Officer: United States Postal Inspector Alberto Sananbria

☑ Continued on the attached sheet.

_____ /S/ ALBERTO SANABRIA _____
*Complainant's signature*

_____ ALBERTO SANABRIA, INSPECTOR _____
*Printed name and title*

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Criminal Complaint and attached affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: _____ 05/04/26 _____

_____
*Judge's signature*

City and state: _____ Greensboro, North Carolina _____

_____ L. PATRICK AULD, U.S. Magistrate Judge _____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Alberto Sanabria, being duly sworn, declare and state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a complaint alleging COURTNEY SWEPSON (hereafter "SWEPSON") with making a False Statement to a Bank, in violation of Title 18, United States Code, Section 1014.

2. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS") currently domiciled in Greensboro, North Carolina and assigned to investigate various white-collar crimes, including the investigation of mail fraud, identity theft, wire fraud, bank fraud, money laundering, and false statements to a bank.

3. I have been a United States Postal Inspector since August 2013. I have received formal classroom training from theUSPIS during the twelve-week Postal Inspector Basic Training Academy in Potomac, Maryland. Prior to working for the USPIS, I was employed as a police officer (Surfside Beach, SC Police Department) and State Law Enforcement Agent (North Carolina License and Theft Bureau) for a combined sixteen (16) years.

4. I have become familiar with the facts and circumstances contained herein during the course of my official duties and this affidavit is based on my

personal knowledge, as well as facts related to me by other non-law enforcement sources active in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest SWEPSON, it does not contain all of the information known to me concerning this investigation; it contains only those facts necessary to establish probable cause.

## I. RELEVANT ENTITIES

5. State Employees' Credit Union (hereafter, "SECU") is a member-owned, not-for-profit financial institution that provides financial products to customers at physical branches located throughout North Carolina. SECU deposits are federally insured by the National Credit Union Administration (hereafter, "NCUA"). The NCUA charters and supervises federal credit unions and insures savings in federal and most state-chartered credit unions.

## II. PROBABLE CAUSE

6. As will be shown below, there is probable cause to believe that SWEPSON knowingly made false statements on a SECU loan application with the intent to defraud the credit union. SWEPSON'S North Carolina Drivers License photo is shown here:

2



7. Based on my review of financial records, reports, conversations with bank investigators, other evidence, and my own knowledge of the investigation, I am aware of the following:

8. On or about May 31, 2024, SWEPSON walked into the SECU branch located at 6017 W. Gate City Blvd. Greensboro NC 27407, which is located in the Middle District of North Carolina.

9. While at the SECU branch, SWEPSON represented herself to SECU employees as Carla Ford (hereafter, "Ford") and completed one bank account application and two credit loan applications. The apparent personal identifying information referred to below is fraudulent and is not the personal identifying information of a real person.

## A. SECU APPLICATION- BANK ACCOUNT ENDING 3499

10. SWEPSON provided SECU bankers with the following information to induce SECU to open a checking account with account number ending in 3499:

3

a. Name: Carla Ford

b. Date of Birth: 12/12/1991

c. Social Security Number: 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

d. Address: 4020 Capital Ridge Ct., Charlotte, NC 28205

e. Phone number: 470-846-4470

### Profile and Demographics Information

| Preferred Last Name | FORD | | First/MI | CARLA | | Suffix | |
|---|---|---|---|---|---|---|---|
| Legal Last Name | FORD | | First/Middle | CARLA | | Suffix | |
| Entity Name | | | | | | | |

| Tax ID Number | 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 | Date Of Birth | 12/12/1991 | Gender | Female | Receipt Balance | N |
|---|---|---|---|---|---|---|---|

| Mailing Address | 4020 CAPITAL RIDGE CT  CHARLOTTE NC 28205-6388 | | Residence Address | 4020 CAPITAL RIDGE CT  CHARLOTTE NC 28205-6388 | | |
|---|---|---|---|---|---|---|

| Home | No Number | Office | No Number | Ext | | Mobile | (470) 846-4470 |
|---|---|---|---|---|---|---|---|
| Fax | | Ext | | International Number | | | |
| Email | No Email Address | | Preferred Contact | Mobile Number | | | |
| Emergency Contact | | | | | Phone | | |
| Emergency Contact Relationship | | | | | | | |
| Emergency Contact | | | | | Phone | | |
| Emergency Contact Relationship | | | | | | | |
| Eligibility | Immediate Family | | Share Account | XXXX7631 | Relationship | Sibling | |
| Employer | Executive Cleaning Solutions | | Occupation | Regional Operations Manager | | | |
| LCDC Membership Number (LCCU Only) | | | | | | | |

### Security Questions

| Secure Question | Secure Answer | Secure Question | Secure Answer |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

By signing below, I certify that I have reviewed the information listed above for accuracy. I understand that the information above, including the tax identification number, will be associated with any accounts which the above-named individual or entity owns and/or on which he or she has signing authority.

Signature: _[signature]_    Date: 5-31-24

### MIP Documentation

| Source of Membership Request | In Person | | Type Of ID | US Passport | |
|---|---|---|---|---|---|
| Issuer | US | | ID Number | F49865563 | |
| Date of Issuance | 11/20/2023 | Expiration | 12/12/2028 | Reason ID not required | |
| Reason for Discrepancy | | Comments | , | | Verification Code |
| Other ID | | | | | |

4

11. SWEPSON also furnished the following document to verify her identity as Carla Ford:

    a. US Passport: F49865561

12. SWEPSON signed the application in what appears to be the name of Carla Ford. SECU checking account 3499 was successfully opened in the name of Carla Ford.

## B. SECU CREDIT LOAN APPLICATIONS

13. SWEPSON provided SECU bankers with the same fraudulent information associated with Carla Ford on the following credit applications in an attempt to induce SECU to loan her money on false and fraudulent pretenses;

    a. SECU application ID# 9987673, for a $10,000 miscellaneous personal loan.

# CONSUMER CREDIT APPLICATION

| NEW PERSONAL LOAN | AMOUNT REQUESTED $ 10,000.00 | LOAN PURPOSE Misc Personal Loan |
| | COLLATERAL | DESIRED PAYMENT AMOUNT $ |
| NEW CREDIT CARD: | CREDIT LIMIT DESIRED $ | |
| | ADDITIONAL CARD FOR AUTHORIZED USER? | NAME ___ SSN |
| MODIFY EXISTING CARD | CARD # | INCREASE CREDIT LIMIT TO $ |
| | ☐ ADD CO-APPLICANT (COMPLETE BELOW) | ADDITIONAL CARD? (NAME AND SSN) |
| OVERDRAFT | PERSONAL LOAN - SEE ANY LOAN PERSONNEL FOR INFORMATION ABOUT OVERDRAFT OPTIONS | |
| ACCOUNT ACCESS | CASH POINTS (ATM)? ☐ YES ☐ NO   VOICE RESPONSE? ☐ YES ☐ NO   VOICE RESPONSE PASSWORD | |
| | DEBIT CARD # | |

**ADDITIONAL INFORMATION NEEDED TO PROCESS APPLICATION:** In order to process your loan application, we will need income verification in the form of a recent check stub or W-2. If you are self employed or receive other income such as rental, farming or commission, we will need a copy of your most recent tax return. If you receive retirement or Social Security income we will need a copy of your benefits letter. We will need a sales agreement and your insurance agent's phone number to process a vehicle loan. See any loan personnel for a listing of information needed to process other loan types.

If this is an application for joint credit, Applicant and Co-Applicant each agree that we intend to apply for joint credit.

| Applicant Initials | Co-Applicant Initials |

## TELL US ABOUT YOURSELF (APPLICANT)

APP ID # 9984573     SHARE ACCOUNT #

NAME CARLA FORD     BIRTH DATE 12/12/1991     SOCIAL SECURITY # XXX-XX-9921

CHECK THE TYPE OF CREDIT YOU ARE APPLYING FOR ☒INDIVIDUAL ☐JOINT   (Married applicants may apply for a separate account.)

COMPLETE FOR JOINT OR SECURED CREDIT ☐MARRIED ☐SEPARATED ☐UNMARRIED   EMAIL ADDRESS mrs.ford1213@yahoo.com

ADDRESS 4020 CAPITAL RIDGE CT     CITY CHARLOTTE     STATE NC     ZIP 28205

HOME TELEPHONE ___   CELL PHONE 470-848-4470   RESIDENCE TYPE ☐OWN ☒RENT/LIVE WITH RELATIVE $ ___ per mo   YRS 1   MOS 3

PRIOR ADDRESS ___   CITY ___   STATE ___ ZIP ___   YRS ___ MOS ___

CURRENT EMPLOYER EXECUTIVE CLEANING SOLUTIONS

PHONE NUMBER ___   GROSS INCOME $ 12,654.75   per Month   POSITION ___   YRS 2   MOS ___

☒FULL TIME ☐PART TIME     SELF EMPLOYED ☐YES ☒NO     MILITARY ☐YES ☒NO

b. SECU application ID# 9987297, is for a $29,000 automobile loan.

6

## CONSUMER CREDIT APPLICATION

| | |
|---|---|
| NEW PERSONAL LOAN | AMOUNT REQUESTED $ 29,000.00 — LOAN PURPOSE Purchase |
| | COLLATERAL — DESIRED PAYMENT AMOUNT $ |
| NEW CREDIT CARD | CREDIT LIMIT DESIRED $ |
| | ADDITIONAL CARD FOR AUTHORIZED USER? — NAME — SSN |
| MODIFY EXISTING CARD | CARD # — INCREASE CREDIT LIMIT TO $ |
| | ☐ ADD CO-APPLICANT (COMPLETE BELOW) — ADDITIONAL CARDS' NAME AND SSN |
| OVERDRAFT | PERSONAL LOAN – SEE ANY LOAN PERSONNEL FOR INFORMATION ABOUT OVERDRAFT OPTIONS |
| ACCOUNT ACCESS | CASH POINTS (ATM)? ☐YES ☐NO — VOICE RESPONSE? ☐YES ☐NO — VOICE RESPONSE PASSWORD |
| | DEBIT CARD # |

**ADDITIONAL INFORMATION NEEDED TO PROCESS APPLICATION** In order to process your loan application, we will need income verification in the form of a recent check stub or W-2. If you are self-employed or receive other income such as rental, farming or commission, we will need a copy of your most recent tax return. If you receive retirement or Social Security income we will need a copy of your benefits letter. We will need a sales agreement and your insurance agent's phone number to process a vehicle loan. See any loan personnel for a listing of information needed to process other loan types.

If this is an application for joint credit, Applicant and Co-Applicant each agree that we intend to apply for joint credit.

Applicant Initials _____  Co-Applicant Initials _____

**TELL US ABOUT YOURSELF (APPLICANT)**

| | |
|---|---|
| | APP ID # 9987297 — SHARE ACCOUNT # |
| NAME CARLA FORD | BIRTH DATE 12/12/1991 — SOCIAL SECURITY # XXX-XX-9921 |

CHECK THE TYPE OF CREDIT YOU ARE APPLYING FOR ☒INDIVIDUAL ☐JOINT (Married applicants may apply for a separate account)

COMPLETE FOR JOINT OR SECURED CREDIT ☐MARRIED ☐SEPARATED ☐UNMARRIED — EMAIL ADDRESS mrs.ford1213@yahoo.com

ADDRESS 4020 CAPITAL RIDGE CT — CITY CHARLOTTE — STATE NC — ZIP 28205

HOME TELEPHONE _____ CELL PHONE 470-845-4410 RESIDENCE TYPE ☐OWN ☒RENT/LIVE WITH RELATIVE $ _____ yrs YES 1 MOS 3

PRIOR ADDRESS _____ CITY _____ STATE _____ ZIP _____ YRS _____ MOS _____

CURRENT EMPLOYER Executive cleaning services

PHONE NUMBER _____ GROSS INCOME $ 9,500.00 PER Month POSITION Hi Regional operations YES 3 MOS 2

☒FULL TIME ☐PART TIME — SELF EMPLOYED ☐YES ☒NO — MILITARY ☐YES ☒NO

## C. FRAUDULENT PAYSTUB AND EMPLOYMENT INFORMATION

14. In an attempt to secure both loans from SECU, SWEPSON furnished SECU bankers with a fake paystub showing the name of Carla Ford as receiving earnings of $3,388.71 from Executive Cleaning Service GA, LLC., for a pay period of 4/14/24 to 4/27/24.

7

| Executive Cleaning Service GA, LLC<br>5536 Bluegrass Drive<br>Atlanta, GA 30349<br>404-783-4249 | | | | Advice Number:<br>Pay date: | | 233305581<br>05/03/2024 | |

THIS IS NOT A CHECK

*Fake Paystub*

**NON-NEGOTIABLE**

| Deposited to the account of | Account Number | Transit | ABA | Amount |
|---|---|---|---|---|
| CARLA FORD | xxxx | xxxx | xxxx | $3,388.71 |

Taxable Marital Status — Single
Exemptions/Allowances
Federal 1
State 1
Social Security Number: xxx-xxx-6921

**Executive Cleaning Service**
We Clean So You Don't Have Too

| Employee Name | Employee Address | Company Name | Company Address | Pay Period Begin | Pay Period End | Check Date |
|---|---|---|---|---|---|---|
| Carla Ford | 220 Adams Loop<br>Tennessee Ridge, Tn 31734 | Executive Cleaning Service GA, LLC | 5536 Bluegrass Drive<br>Atlanta, GA 30349 | 04/14/2024 | 04/27/2024 | 05/03/2024 |

**Important Notes**

The Meal and Rest Break Policy provides you with the opportunity to take meal and rest breaks. As provided in the Meal and Rest Break Policy, requirements vary by state. If you believe that you have been denied the opportunity to take the meal and rest breaks during your scheduled shift under the Meal and Rest Break Policy, promptly notify payroll.

Please review the hours worked and pay in this paycheck and earnings statement, if you believe that there are any errors, promptly notify Payroll.

| | Gross Pay | Pre-Tax Deductions | Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,917.58 | 0.00 | 1,528.87 | 0.00 | 3,388.71 |
| YTD | | 0.00 | 13,759.83 | 0.00 | 30,498.39 |

Earnings (* Does not add to gross)

| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
|---|---|---|---|---|---|---|---|
| Salary | 80.00 | | 4,917.58 | 44,258.22 | FICA Medicare | 71.30 | 641.76 |
| Overtime | | | 0.00 | 0.00 | FICA Social Security | 304.69 | 2,744.01 |
| Vacation Pay | | | 0.00 | 0.00 | Federal Tax | 798.53 | 7,186.77 |
| P.T.O. | | | 0.00 | 0.00 | State Tax | 255.91 | 1,853.19 |
| | | | | | Health Insurance | 103.24 | 929.16 |
| Earnings | | | 4,917.58 | 44,258.22 | Deductions Total | 1,528.67 | 13,759.63 |

$4917.58 \times 26 = 10,654.76$ monthly

15. On the vehicle loan application, SWEPSON listed that Ford worked for Executive Cleaning Service as a "Hr Regional operations" for the last 3 years and 2 months.

16. On March 27, 2026, I called the phone number listed on the fraudulent paystub provided by SWEPSON for Executive Cleaning Service GA, LLC- (404)783-4249. I spoke with the owner of the business, whose name has the initials A.D. A.D. confirmed that he is the actual owner of

8

Executive Cleaning Service GA, LLC. A.D. stated that he had never employed anyone by the name Carla Ford.

17. A.D. additionally stated that for the last 6 years, he has received numerous calls from law enforcement agencies regarding individuals fraudulently altering paystubs that appear to be from his business. A.D. additionally stated that every agency has stated that female suspects are presenting these fake paystubs for fraudulent purposes.

18. I independently verified the phone number (404)783-4249 is linked to Executive Cleaning Service GA, LLC, through open search research.

19. All SECU credit applications were subsequently denied since SECU Risk Management verified the paystub as being fake.

## D. FRAUDULENT UNITED STATES PASSPORT

20. To open the SECU checking account, account number ending in 3499 under the name Carla Ford, SWEPSON presented what appeared to be a legitimate United States Passport, bearing number F49865563, to verify her identity.

21. I contacted the United States Diplomatic Security Service (DSS) and provided them with Ford's name, date of birth, and social security number, as well as the passport number provided by SWEPSON under the name Carla Ford.

9

22. DSS advised that the number F49865563 is not a valid passport book or passport card number. Additionally, DSS confirmed there has never been a passport issued to Carla Ford with that date of birth and social security number.

## E. SURVEILLANCE IMAGES

23. SECU surveillance footage shows SWEPSON exiting the State Employee's Credit Union branch located at 6017 W. Gate City Blvd., Greensboro NC 27407, at approximately 1:08 PM on May 31, 2024. This footage was captured shortly after she completed and submitted the applications. I am familiar with SWEPSON and recognized her as the person pictured in the video.



24. Based on the above facts, I have probable cause to believe that COURTNEY SWEPSON is in violation of Title 18, United States Code, Section 1014, False Statements to a Bank.

Respectfully submitted,

/s/ Alberto Sanabria
Alberto Sanabria
Postal Inspector
USPIS

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this _____ day of May, 2026 at _____ a.m./p.m.

Honorable L. Patrick Auld
United States Magistrate Judge

11